UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                            :

DISTRICT COUNCIL No. 9 INTERNATIONAL    :
UNION OF PAINTERS AND ALLIED TRADES,  :
A.F.L.-C.I.O.,                                :             25-CV-9829 (JMF)
                            :

                 Petitioner,        :                ORDER
                            :

      -v-                             :
                            :
                            :

LAFAYETTE GLASS COMPANY INC.,       :
                            :
               Respondent.      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 25, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **December 22, 2025**.  Respondent's opposition, if any, is due on **January 19, 2026**.  Petitioners' reply, if any, is due **January 26, 2026**.

Petitioner shall serve the petition and all supporting papers, as well as a copy of this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **December 22, 2025**, and shall file an affidavit of such service with the court no later than **December 23, 2025.**

        SO ORDERED.

Dated: December 1, 2025
      New York, New York                                   
                                             JESSE M. FURMAN
                                       United States District Judge